No. 632. SNAPP *v.* NEAL, STATE AUDITOR, ET AL. Sup. Ct. Miss. Certiorari granted. *Leon D. Hubert, Jr.,* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *Martin R. McLendon,* Assistant Attorney General, for respondents.

No. 817. SEGAL, DBA SEGAL COTTON PRODUCTS, ET AL. *v.* ROCHELLE, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari granted. *Henry Klepak* for petitioners. *Marvin S. Sloman* for respondent.

No. 803. CALIFORNIA *v.* BUZARD. Sup. Ct. Cal. Certiorari granted. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for petitioner. *C. Ray Robinson* for respondent.

No. 671. UNITED GAS IMPROVEMENT CO. ET AL. *v.* CALLERY PROPERTIES, INC., ET AL.;

No. 678. PUBLIC SERVICE COMMISSION OF NEW YORK *v.* CALLERY PROPERTIES, INC., ET AL.;

No. 714. OCEAN DRILLING & EXPLORATION CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 756. FEDERAL POWER COMMISSION *v.* CALLERY PROPERTIES, INC., ET AL. C. A. 5th Cir. Motion of Consolidated Edison Co. of New York, Inc., et al., for leave to file a brief, as *amici curiae,* in No. 671, granted. Certiorari granted. Cases consolidated and a total of four hours allotted for oral argument. *William T. Coleman, Jr., Samuel Graff Miller, Richardson Dilworth, Harold E.*